IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| THE KANSAS LIVESTOCK ASSOCIATION d/b/a KANSAS BEEF COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>DAVID E. PFRANG, JAMES DOBBINS and KANSAS BEEF COUNCIL, INC.,<br><br>Defendants. | Civil Case No. |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION**

**OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED.R.CIV.P. 7.1**

Plaintiff submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- Kansas Livestock Association is a not-for-profit privately held corporation;

- Kansas Livestock Association does not have any parent corporation; and

- No publicly held corporation owns ten percent or more of Kansas Livestock Association's stock.

The undersigned certifies the accuracy of Plaintiff's disclosure as of this date.

United States District Court for the District of Kansas
The Kansas Livestock Association –vs- Pfrang, et.al.
Corporate Disclosure Statement
P a g e | **2**

 /s/ Myndee M. Reed
Myndee M. Reed, Sup. Ct. No. 20365
THE KANSAS LIVESTOCK ASSOCIATION
6031 SW 37th St.
Topeka, KS 66614-5129
Telephone: (785)273-5115
Facsimile: (785)273-3399
myndee@kla.org