IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| THE KANSAS LIVESTOCK ASSOCIATION d/b/a KANSAS BEEF COUNCIL,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID E. PFRANG, JAMES DOBBINS and KANSAS BEEF COUNCIL, INC.,<br><br>      Defendants. | Civil Case No. |

## **DESIGNATION OF PLACE OF TRIAL**

  Plaintiff by and through its undersigned counsel of record designates Kansas City, Kansas, as the place of trial for the above-captioned case.

            /s/ Myndee M. Reed
            Myndee M. Reed, Sup. Ct. No. 20365
            THE KANSAS LIVESTOCK ASSOCIATION
            6031 SW 37th St.
            Topeka, KS 66614-5129
            Telephone: (785)273-5115
            Facsimile: (785)273-3399
            myndee@kla.org